**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** § | |
| § | |
| Plaintiff, § | |
| § | |
| **v.** § | |
| § | |
| **TITAN WEALTH MANAGEMENT, LLC,** § | Civil Action No.: |
| **POINT WEST PARTNERS, LLC,** § | 4:09-CV-0418-RC-ALM |
| **THOMAS LESTER IRBY II,** § | |
| § | |
| Defendants, § | |
| and § | |
| § | |
| **DAVID ROMANOW,** § | |
| **KAREN BOWIE,** § | |
| **FRANCE MICHAUD,** § | |
| **JOHN J. KIM,** and § | |
| **PEGASUS HOLDINGS GROUP, INC.,** § | |
| § | |
| Relief Defendants. § | |
| § | |

**AGREED STIPULATION FOR ORDER OF DISMISSAL**
**WITH PREJUDICE AS TO RELIEF DEFENDANT DAVID ROMANOW**

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), Plaintiff Securities and Exchange Commission (the "Commission") respectfully submits for consideration, and entry of an order approving same, the following Stipulation for Order of Dismissal With Prejudice as to Relief Defendant David Romanow.   Granting the relief the Commission seeks by this stipulation, together with the stipulation for order of dismissal with prejudice as to Relief Defendants Karen Bowie, France Michaud, John J. Kim, and Pegasus Holdings Group, Inc., filed concurrently herewith, would result in the final adjudication of all remaining claims in this action, and conclude the case.

## RECITALS

1.      On August 25, 2009, the Commission filed a Complaint against Titan Wealth

Management, LLC, et al., in the United States District Court for the Eastern District of Texas,

Sherman Division, which was assigned Civil Action No. 4:09-CV-418 (the "Lawsuit").  The

Commission named David Romanow ("Romanow") as a Relief Defendant, solely for the

equitable purpose of recovering funds in his possession traceable to Defendants' fraud.

2.      On January 27, 2010 the Court entered an Order Appointing Receiver (Doc. No.

64), which appointed Charlene C. Koonce as Receiver and directed her to, among other things,

take and have possession of all assets attributable to investor funds provided to Defendants Titan

Wealth Management, LLC or Point West Partners, LLC ("Receivership Assets").

3.      On December 23, 2010, the Receiver filed her closing petition (Petition No. 8,

Doc. No. 125), in which she reported her recovery of Receivership Assets from Relief

Defendants, among others, and sought an order approving her final report, investor claims and

the distribution of Receivership Assets.

4.      On January 24, 2011, the Court entered an order approving the Receiver's final

report and authorizing the distribution of Receivership Assets (Doc. No. 135).  Under the order,

the Receivership closed upon the filing by the Receiver of a Closing Declaration, which she filed

on March 31, 2011.  (Doc. No. 139)

5.      As noted in the Receiver's final report, Romanow declared bankruptcy in Canada.

 The Commission conferred with the trustee in charge of Romanow's bankruptcy, and has

determined that Romanow no longer possesses funds traceable to Defendants' fraud.

Consequently, the Commission believes that its claim against Romanow is unlikely to yield a

recovery, and hereby elects to dismiss him from the Lawsuit with prejudice.

## **STIPULATION**

Based upon the foregoing, the Commission hereby stipulates to dismissal with prejudice

of David Romanow from the Lawsuit, and request that the Court enter an order approving same.

Dated:  September 11, 2012                    Respectfully submitted,

                                              */s/Jason C. Rodgers*

                                              JASON C. RODGERS
                                              Texas Bar No. 24005540
                                              U.S. Securities and Exchange Commission
                                              Burnett Plaza, Suite 1900
                                              801 Cherry Street, Unit #18
                                              Fort Worth, TX 76102-6882
                                              (817) 978-1410
                                              (817) 978-4927 (facsimile)
                                              rodgersj@sec.gov
                                              COUNSEL FOR PLAINTIFF SECURITIES AND
                                              EXCHANGE COMMISSION

                                              Agreed:

                                              */s/ S. Todd Neal*
                                              S. Todd Neal
                                              Procopio, Cory, Hargreaves & Savitch LLP
                                              525 B Street, Suite 2200
                                              San Diego, CA 92101
                                              (619) 525-3890
                                              COUNSEL FOR RELIEF DEFENDANT DAVID
                                              ROMANOW

## CERTIFICATE OF SERVICE

I certify that on September 11, 2012, I served Defendants Titan Wealth Management, LLC, Point West Partners, LLC, and Thomas Lester Irby II with the foregoing document via certified mail, return receipt requested, to:

Richard M Hewitt
Richard M. Hewitt, P.C.
202 French Meadow Dr.
Trophy Club, Texas 76262
(817) 490-7904
***Attorney for Defendants Titan Wealth***
***Management, Point West Partners, LLC,***
***and Thomas Lester Irby, II***

I certify that on September 11, 2012, I electronically filed the foregoing document with the clerk of the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record:

Charlene Cantrell Koonce
Kelly M. Crawford
Scheef & Stone - Dallas
500 N Akard Street
Lincoln Plaza, Suite 2700
Dallas, TX 75201
***Receiver***

S. Todd Neal
Procopio Cory Hargreaves & Savitch
530 B Street, Suite 2100
San Diego, California 92101
***Attorney for Relief Defendant***
***David Romanow***

The following were served on September 11, 2012, via first class mail:

Karen Bowie #232975
Collin County Jail
4300 Community Ave.
McKinney, TX 75071
***PRO SE***

John J. Kim
TDCJ# 01705035
Mark W. Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886
***PRO SE***

France Michaud
21 Shore Road
York, ME 03902
(last known address/address of record)
***PRO SE***

[Continued on the following page]

Pegasus Holdings Group, Inc**.**
c/o Bill Billig
3421 West Gulf Drive
Sanibel, Florida 33957
***PRO SE***

Pegasus Holdings Group, Inc**.**
c/o Dr. William J. Brodbeck
124 Wood Sage Court
Sunset, SC 29685
***PRO SE***

Pegasus Holdings Group, Inc**.**
c/o Nicholas Sheele
8252 SE Golfhouse Drive
Hobe Sound, FL 33455-8018
***PRO SE***

*s/ Jason C. Rodgers*
Jason C. Rodgers