# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| **TITAN WEALTH MANAGEMENT, LLC,** § | |
| **POINT WEST PARTNERS, LLC,** § | Civil Action No.: |
| **THOMAS LESTER IRBY II,** § | 4:09-CV-0418-RC-ALM |
| § | |
| Defendants, § | |
| and § | |
| § | |
| **DAVID ROMANOW,** § | |
| **KAREN BOWIE,** § | |
| **FRANCE MICHAUD,** § | |
| **JOHN J. KIM,** and § | |
| **PEGASUS HOLDINGS GROUP, INC.,** § | |
| § | |
| Relief Defendants. § | |
| § | |

### ORDER GRANTING STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE AS TO RELIEF DEFENDANTS KAREN BOWIE, FRANCE MICHAUD, JOHN J. KIM, AND PEGASUS HOLDINGS GROUP, INC.

Before the court is plaintiff's Stipulation for Order of Dismissal With Prejudice as to Relief Defendants Karen Bowie, France Michaud, John J. Kim, and Pegasus Holdings Group, Inc. [Doc. #151].

**It is ORDERED** that the Stipulation for Order of Dismissal With Prejudice as to Relief Defendants Karen Bowie, France Michaud, John J. Kim, and Pegasus Holdings Group, Inc. [Doc. #151] is accepted by the court.

It is further ORDERED that Relief Defendants Karen Bowie, France Michaud, John J. Kim, and Pegasus Holdings Group, Inc. are hereby dismissed with prejudice.

So **ORDERED** and **SIGNED** this **19** day of **October, 2012.**

_____
Ron Clark, United States District Judge